IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADRIAN MICHAEL LARK, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-18-543 |
| | § | |
| ANDREW SAUL[1], | § | |
| COMMISSIONER OF THE | § | |
| SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Memorandum and Order that Defendant's Motion for Summary Judgment (Document No. 20) is DENIED, and the matter is REMANDED pursuant to Sentence four of 42 U.S.C. §405(g) to the Commissioner for proceedings consistent with the Court's Memorandum and Order.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas, this ___16___ day of ___September___, 2019

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE

---

[1] On June 17, 2019, Andrew Saul became the Commissioner of the Social Security Administration.